UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

**U.S.A. vs. James Randolph Williams Jr.**                    **Docket No. 4:18-CR-42-1D**

### Petition for Action on Supervised Release

COMES NOW Jonathan A. Holmes, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of James Randolph Williams Jr., who, upon an earlier plea of guilty to 18 U.S.C. § 922 (g)(1) and 18 U.S.C. 924(a)(2), Possession of a Firearm by a Felon, was sentenced by the Honorable James C. Dever III, U.S. District Judge, on June 5, 2019, to the custody of the Bureau of Prisons for a term of 39 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 36 months.

James Randolph Williams Jr. was released from custody on May 28, 2021, at which time the term of supervised release commenced.

On July 26, 2021, a violation report was submitted due to the defendant providing positive drug tests on May 28, 2021, June 16, 2021, and July 12, 2021. These results were initially considered to be residual, however, after the results were received from his July 12, 2021, a THC interpretation report was requested. The results indicated the defendant "reused THC prior to each of the collections on June 16, 2021, and July 12, 2021.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

On August 19, 2021, the defendant provided a drug test which returned positive for marijuana on August 30, 2021.

The defendant is currently enrolled in substance abuse treatment; however, he has continued to deny any illegal drug use since being released from incarceration. It is the recommendation of the probation office to allow the defendant to continue on supervision and engage in substance abuse treatment. It is also requested that he be ordered to complete a cognitive behavioral program to address high risk thinking patterns. In addition, it is requested the defendant be ordered to complete a term of location monitoring for a term not to exceed 60 days as a sanction for his illegal drug use.

The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall participate in a cognitive behavioral program as directed by the probation office.

2. The defendant shall adhere to a curfew as directed by the probation officer for a period not to exceed 60 consecutive days. The defendant is restricted to his residence during the curfew hours. The defendant shall submit to the following Location Monitoring: Radio Frequency monitoring and abide by all program requirements, instructions and procedures provided by the supervising officer.

Except as herein modified, the judgment shall remain in full force and effect.

James Randolph Williams Jr.
Docket No. 4:18-CR-42-1D
Petition For Action
Page 2

Reviewed and approved,

I declare under penalty of perjury that the foregoing
is true and correct.


/s/ Julie W. Rosa                          /s/ Jonathan A. Holmes
Julie W. Rosa                              Jonathan A. Holmes
Supervising U.S. Probation Officer         U.S. Probation Officer
                                           310 New Bern Avenue, Room 610
                                           Raleigh, NC 27601-1441
                                           Phone: 9196104087
                                           Executed On: September 13, 2021

## ORDER OF THE COURT

Considered and ordered this ___13___ day of ___September___, 2021, and ordered filed and
made a part of the records in the above case.

_____
James C. Dever III
U.S. District Judge